# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX OBERTMAN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>                              Defendant. | Case No.   2:19-cv-02487-KJM-AC<br><br>**STIPULATION TO EXTEND ELECTROLUX HOME PRODUCTS, INC.'S TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys that Defendant ELECTROLUX HOME PRODUCTS, INC. may have up to and including October 12, 2020 to Answer Plaintiff's First Amended Complaint.

Good cause exists for this extension as, after the Court's decision on Defendant's motion to dismiss, Plaintiff's counsel indicated to Defendant's counsel that they were considering filing an amended complaint. Accordingly, Defendant refrained from preparing a potentially unnecessary answer. Plaintiff's counsel has just informed Defendant's counsel that they do not intend to file another amended complaint. Thus, Defendant's counsel requests additional time to prepare Defendant's answer. Additionally, one of Defendant's attorneys working on this matter is on leave until October 5, 2020.

Dated:  September 15, 2020          **GORDON & REES SCULLY MANSUKHANI LLP**

By:  ___/s/ *James Nally*___

Gregg Minkin (*Pro Hac Vice Forthcoming*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@HuntonAK.com
Alexandrea H. Young (State Bar No. 233950)
ayoung@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Attorneys for Defendant*
*ELECTROLUX HOME PRODUCTS, INC.*

Dated:  September 15, 2020          **BURSOR & FISHER, P.A.**

By:    /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jsmith@bursor.com

*Attorney for Plaintiff*

## ORDER

In accordance with the foregoing stipulation **IT IS SO ORDERED**.

DATED:  September 22, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE