1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX OBERTMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.   2:19-cv-02487-KJM-AC<br><br>**STIPULATION AND AMENDED PRETRIAL SCHEDULING ORDER** |

WHEREAS, Plaintiff Felix Obertman ("Plaintiff") filed his complaint on December 12, 2019.

WHEREAS, Plaintiff filed his First Amended Complaint on March 25, 2020.

WHEREAS, Defendant Electrolux Home Products, Inc. ("Defendant") filed a motion to dismiss on April 8, 2020.

WHEREAS, the Court issued its ruling on the motion to dismiss on August 31, 2020.

WHEREAS, Defendant filed its answer to Plaintiff's First Amended Complaint on October 12, 2020.

WHEREAS, the parties conducted a virtual mediation with Judge Richard Kramer (Ret.) of JAMS on November 16, 2020 and have subsequently continued to have informal settlement discussions with Judge Kramer.

WHEREAS, the parties have also served and responded to their initial discovery requests and are working cooperatively to schedule depositions despite the limitations caused by the COVID-19 pandemic.

WHEREAS, the parties have met and conferred and agreed to seek additional time to complete pre-certification discovery and their settlement discussions.

NOW, THEREFORE, Plaintiff and Defendant have agreed to the following modified schedule, subject to the Court's approval:

1. Plaintiff's deadline to file a motion for class certification shall be extended from February 18, 2021 to April 16, 2021.

3. Defendant's deadline to file an opposition to the motion for class certification shall be extended from April 4, 2021 to June 8, 2021.

4. Plaintiff's deadline to file a reply in support of his motion for class certification shall be extended from May 7, 2021 to July 8, 2021.

5. The deadline to complete all fact discovery shall be extended from June 25, 2021 to August 25, 2021.

6. The deadline to make initial expert disclosures shall be extended from July 23, 2021 to September 23, 2021.

7. The deadline to make rebuttal expert disclosures shall be extended from August 20, 2021 to October 20, 2021.

8. The deadline to complete all expert discovery shall be extended from September 10, 2021 to November 10, 2021.

9. The deadline for hearing dispositive motions shall be extended from October 15, 2021 to December 17, 2021.

IT IS SO STIPULATED.

Dated:  January 25, 2021             **BURSOR & FISHER, P.A**.

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
            jsmith@bursor.com

*Attorney for Plaintiff*

Dated:  January 25, 2021             **GORDON & REES SCULLY MANSUKHANI LLP**

By: */s/ James Nally* (as authorized on January 25, 2021)

Gregg Minkin (*Pro Hac Vice Forthcoming*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@HuntonAK.com
Alexandrea H. Young (State Bar No. 233950)
ayoung@HuntonAK.com
550 South Hope Street, Suite 2000

Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Attorneys for Defendant*
*ELECTROLUX HOME PRODUCTS, INC.*

ORDER

Having reviewed the parties' stipulation and good cause appearing,

1. Plaintiff's deadline to file a motion for class certification shall be extended from February 18, 2021 to April 16, 2021;

3. Defendant's deadline to file an opposition to the motion for class certification shall be extended from April 4, 2021 to June 8, 2021;

4. Plaintiff's deadline to file a reply in support of his motion for class certification shall be extended from May 7, 2021 to July 8, 2021;

5. The deadline to complete all fact discovery shall be extended from June 25, 2021 to August 25, 2021;

6. The deadline to make initial expert disclosures shall be extended from July 23, 2021 to September 23, 2021;

7. The deadline to make rebuttal expert disclosures shall be extended from August 20, 2021 to October 20, 2021;

8. The deadline to complete all expert discovery shall be extended from September 10, 2021 to November 10, 2021;

9. The deadline for hearing dispositive motions shall be extended from October 15, 2021 to December 17, 2021.

IT IS SO ORDERED.

This order resolves ECF No. 40.

Dated: February 1, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE