**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

*Counsel for Plaintiff*

**GORDON & REES SCULLY MANSUKHANI LLP**
Gregg Minkin (*Pro Hac Vice Forthcoming*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@HuntonAK.com
Alexandrea H. Young (State Bar No. 233950)
ayoung@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX OBERTMAN, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>     v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>                                  Defendant. | Case No.   2:19-cv-02487-KJM-AC<br><br>**SECOND STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULING ORDER** |

WHEREAS, Plaintiff Felix Obertman ("Plaintiff") filed his complaint on December 12, 2019.

WHEREAS, Plaintiff filed his First Amended Complaint on March 25, 2020.

WHEREAS, Defendant Electrolux Home Products, Inc. ("Defendant") filed a motion to dismiss on April 8, 2020.

WHEREAS, the Court issued its ruling on the motion to dismiss on August 31, 2020.

WHEREAS, Defendant filed its answer to Plaintiff's First Amended Complaint on October 12, 2020.

WHEREAS, the parties previously stipulated to modifying the Court's original Pretrial Scheduling Order (ECF No. 41) in order to further settlement discussions and engage in ESI discovery.

WHEREAS, since the aforementioned stipulation, the parties have engaged in substantial written and ESI discovery.

WHEREAS, Plaintiff has served follow-up written discovery that Defendant is in the process of responding to.

WHEREAS, Plaintiff has noticed an additional deposition of a fact witness that will take place at the end of April or early May.

WHEREAS, the parties have met and conferred and agreed to seek additional time to complete pre-certification discovery.

NOW, THEREFORE, Plaintiff and Defendant have agreed to the following modified schedule, subject to the Court's approval:

1. Plaintiff's deadline to file a motion for class certification shall be extended from April 16, 2021 to June 15, 2021.

2. Defendant's deadline to file an opposition to the motion for class certification shall be extended from June 8, 2021 to August 6, 2021.

3. Plaintiff's deadline to file a reply in support of his motion for class certification shall be extended from July 8, 2021 to September 6, 2021.

4. The deadline to complete all fact discovery shall be extended from August 25, 2021 to October 25, 2021.

5. The deadline to make initial expert disclosures shall be extended from September 23, 2021 to November 22, 2021.

6. The deadline to make rebuttal expert disclosures shall be extended from October 20, 2021 to December 17, 2021.

7. The deadline to complete all expert discovery shall be extended from November 10, 2021 to January 10, 2022.

8. The deadline for hearing dispositive motions shall be extended from December 17, 2021 to February 15, 2022.

IT IS SO STIPULATED.

Dated:  March 29, 2021          **BURSOR & FISHER, P.A**.

By: */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
           jsmith@bursor.com

*Attorney for Plaintiff*

Dated:  March 29, 2021          **GORDON & REES SCULLY MANSUKHANI LLP**

By: */s/ James Nally* (as authorized on March 26, 2021)

Gregg Minkin (*Pro Hac Vice Forthcoming*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

1
2   **HUNTON ANDREWS KURTH LLP**
    Phillip J. Eskenazi (State Bar No. 158976)
3   peskenazi@HuntonAK.com
    Alexandrea H. Young (State Bar No. 233950)
4   ayoung@HuntonAK.com
    550 South Hope Street, Suite 2000
5   Los Angeles, California 90071-2627
    Telephone: (213) 532-2000
6   Facsimile: (213) 532-2020
7
    *Attorneys for Defendant*
8   *ELECTROLUX HOME PRODUCTS, INC.*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Having reviewed the parties' stipulation and good cause appearing, IT IS ORDERED:

1. Plaintiff's deadline to file a motion for class certification shall be extended from April 16, 2021 to June 15, 2021.

2. Defendant's deadline to file an opposition to the motion for class certification shall be extended from June 8, 2021 to August 6, 2021.

3. Plaintiff's deadline to file a reply in support of his motion for class certification shall be extended from July 8, 2021 to September 6, 2021.

4. The deadline to complete all fact discovery shall be extended from August 25, 2021 to October 25, 2021.

5. The deadline to make initial expert disclosures shall be extended from September 23, 2021 to November 22, 2021.

6. The deadline to make rebuttal expert disclosures shall be extended from October 20, 2021 to December 17, 2021.

7. The deadline to complete all expert discovery shall be extended from November 10, 2021 to January 10, 2022.

8. The deadline for hearing dispositive motions shall be extended from December 17, 2021 to March 4, 2022.

**IT IS SO ORDERED.**

DATED: April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE