1

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
3
Walnut Creek, CA  94596
Telephone: (925) 300-4455
4
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
5
        jsmith@bursor.com

6
**BURSOR & FISHER, P.A.**
7
Alec M. Leslie (*pro hac vice*)
888 7th Avenue
8
New York, NY  10019
Telephone: (646) 837-7150
9
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com
10

*Counsel for Plaintiff*
11

12

13
#### UNITED STATES DISTRICT COURT

14
#### EASTERN DISTRICT OF CALIFORNIA

15

16
FELIX OBERTMAN, individually and on behalf of all others similarly situated,

17
                                        Plaintiff,

18
        v.

19
ELECTROLUX HOME PRODUCTS, INC.,

20
                                        Defendant.

21

| | |
|---|---|
| Case No. 2:19-CV-02487-KJM-AC | |
| **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** | |
| Date: | October 8, 2021 |
| Time: | 10:00 a.m. |
| Courtroom: | 3, 15th Floor |
| Judge: | Hon. Kimberly J. Mueller |

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 8, 2021, at 10:00 a.m., or as soon thereafter as the parties may be heard at the United States Courthouse located at 501 I Street, Sacramento, California 95814 in Courtroom 3, Plaintiff Felix Obertman will move and hereby does move this Court pursuant to Fed. R. Civ. P. 23 for an order certifying the following putative classes:

> ***California Class***: All persons in California who purchased an Electrolux Dehumidifier bearing model number FFAD3033R1, FFAD5033R1, or FFAD7033R1 for personal, family, or household use from December 12, 2015 through the present.

> ***Multi-State Implied Warranty Class***:  All persons who purchased an Electrolux Dehumidifier bearing model number FFAD3033R1, FFAD5033R1, or FFAD7033R1 for personal, family or household use: (1) in Alaska, Arkansas, California, Colorado, D.C., Hawaii, Indiana, Maine, Maryland, Massachusetts, Minnesota, Mississippi, Nebraska, New Hampshire, New Jersey, New Mexico, North Dakota, Oklahoma, Pennsylvania, South Dakota, Virginia, West Virginia, and Wyoming who purchased from December 12, 2015 through the present; or (2) in Colorado who purchased from December 12, 2016 through the present.

Excluded from each proposed class are persons who already received a refund from Electrolux or a retailer.   Plaintiff Obertman also asks the Court to appoint him as class representative and appoint Bursor & Fisher, P.A. as class counsel.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Law, Proposed Order, Declaration of L. Timothy Fisher and attached exhibits; any oral arguments to be made at the hearing on this Motion; and all the other papers, documents, or exhibits on file or to be filed in connection with the motion for class certification.

Dated:  June 15, 2021

**BURSOR & FISHER, P.A.**

By:_____*/s/ L. Timothy Fisher*_____
               L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

1

2

3

Email: ltfisher@bursor.com
        jsmith@bursor.com

Alec M. Leslie (*pro hac vice*)
888 7th Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com

*Counsel for Plaintiff*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28