**GORDON & REES SCULLY MANSUKHANI LLP**
Gregg Minkin (Admitted *Pro Hac Vice*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile:  (212) 269-5505

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@HuntonAK.com
Alexandrea H. Young (State Bar No. 233950)
ayoung@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile:  (213) 532-2020

*Counsel for Defendant*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX OBERTMAN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>                              Defendant. | Case No.   2:19-cv-02487-KJM-AC<br><br>**THIRD STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULING ORDER** |

1  WHEREAS, Plaintiff Felix Obertman ("Plaintiff") filed his complaint on December 12, 2019.

2  WHEREAS, Plaintiff filed his First Amended Complaint on March 25, 2020.

3  WHEREAS, Defendant Electrolux Home Products, Inc. ("Defendant") filed a motion to dismiss on April 8, 2020.

4  WHEREAS, the Court issued its ruling on the motion to dismiss on August 31, 2020.

5  WHEREAS, Defendant filed its answer to Plaintiff's First Amended Complaint on October 12, 2020.

6  WHEREAS, the parties stipulated to modifying the Court's original Pretrial Scheduling Order (ECF No. 41) to further settlement discussions and engage in ESI discovery.

7  WHEREAS, the parties then further stipulated to modifying the Court's Modified Pretrial Scheduling order (ECF No. 43) to allow Plaintiff to conduct the deposition of an additional fact witness.

8  WHEREAS, Plaintiff served his motion for Class Certification on June 15, 2021, which included the expert opinion of Plaintiff's damages expert and the expert's proposed conjoint damages analysis.

9  WHEREAS, Defendant seeks to conduct the deposition of Plaintiff's expert on or before August 13, 2021 (based on the expert's limited stated availability);

10  WHEREAS, the parties have met and conferred and agreed to seek additional time to complete this discovery prior to Defendant filing their Opposition to the Motion for Class Certification.

NOW, THEREFORE, Plaintiff and Defendant have agreed to the following modified schedule, subject to the Court's approval:

1. Defendant's deadline to file an opposition to the motion for class certification shall be extended from August 6, 2021 to September 3, 2021.

2. Plaintiff's deadline to file a reply in support of his motion for class certification shall be extended from September 6, 2021 to October 6, 2021.

3. The hearing on Plaintiff's motion for class certification shall be continued from October 8, 2021 to October 29, 2021 at 10:00 a.m.

3. The deadline to complete all fact discovery shall be extended from to October 25, 2021 to November 22, 2021.

4. The deadline to make initial expert disclosures shall be extended from November 22, 2021 to January 10, 2022.

5. The deadline to make rebuttal expert disclosures shall be extended from December 17, 2021 to February 7, 2022.

6. The deadline to complete all expert discovery shall be extended from January 10, 2022 to February 28, 2022.

7. The deadline for hearing dispositive motions shall be extended from February 15, 2022 to March 12, 2022.

IT IS SO STIPULATED.

Dated: July 13, 2021    **GORDON & REES SCULLY MANSUKHANI LLP**

By: /s/ James Nally

Gregg Minkin (*Pro Hac Vice Forthcoming*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@HuntonAK.com
Alexandrea H. Young (State Bar No. 233950)
ayoung@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Attorneys for Defendant*
*ELECTROLUX HOME PRODUCTS, INC.*

Dated:  July 13, 2021            **BURSOR & FISHER, P.A**.

By:  */s/ Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
           jsmith@bursor.com

Alec M. Leslie (Admitted *Pro Hac* Vice)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aleslie@bursor.com

*Attorney for Plaintiff*

**ORDER**

Having reviewed the parties' stipulation and good cause appearing, IT IS ORDERED:

1. Defendant's deadline to file an opposition to the motion for class certification shall be extended from August 6, 2021 to September 3, 2021.

2. Plaintiff's deadline to file a reply in support of his motion for class certification shall be extended from September 6, 2021 to October 6, 2021.

3. The hearing on Plaintiff's motion for class certification shall be continued from October 8, 2021 to October 29, 2021 at 10:00 a.m.

4. The deadline to complete all fact discovery shall be extended from to October 25, 2021 to November 22, 2021.

5. The deadline to make initial expert disclosures shall be extended from November 22, 2021 to January 10, 2022.

6. The deadline to make rebuttal expert disclosures shall be extended from December 17, 2021 to February 7, 2022.

7. The deadline to complete all expert discovery shall be extended from January 10, 2022 to February 28, 2022.

8. The deadline for hearing dispositive motions shall be extended from February 15, 2022 to March 25, 2022.[1]

**IT IS SO ORDERED.**

DATED: July 23, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties requested March 12, 2022, but that is not an available civil law and motion date.