**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          jsmith@bursor.com

*Counsel for Plaintiff*

**GORDON & REES SCULLY
MANSUKHANI LLP**
Gregg Minkin (*Pro Hac Vice Forthcoming*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile:  (212) 269-5505

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@HuntonAK.com
Alexandrea H. Young (State Bar No. 233950)
ayoung@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627
Telephone: (213) 532-2000
Facsimile:  (213) 532-2020

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX OBERTMAN, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>        v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>                                    Defendant. | Case No.    2:19-cv-02487-KJM-AC<br><br>**STIPULATION AND ORDER REGARDING PRETRIAL SCHEDULING ORDER** |

1    WHEREAS, Plaintiff Felix Obertman ("Plaintiff") filed his complaint on December 12,

2    2019.

3    WHEREAS, Plaintiff filed his First Amended Complaint on March 25, 2020.

4    WHEREAS, Defendant Electrolux Home Products, Inc. ("Defendant") filed a motion to

5    dismiss on April 8, 2020.

6    WHEREAS, the Court issued its ruling on the motion to dismiss on August 31, 2020.

7    WHEREAS, Defendant filed its answer to Plaintiff's First Amended Complaint on October

8    12, 2020.

9    WHEREAS, Plaintiff moved for class certification on June 15, 2021.

10   WHEREAS, Defendant filed its opposition to class certification and a motion to strike

11   Plaintiff's damages expert testimony on September 3, 2021, along with two expert declarations in

12   support of those memoranda.

13   WHEREAS, Plaintiff's reply in support of class certification is currently due on October 6,

14   2021, and Plaintiff's opposition to Defendant's motion to strike is due on October 15, 2021.

15   WHEREAS, the parties have met and conferred and agreed to seek additional time to

16   complete expert depositions in connection with Plaintiff's reply in support of class certification and

17   Plaintiff's opposition to Defendant's motion to strike.

18   NOW, THEREFORE, Plaintiff and Defendant have agreed to the following modified

19   schedule, subject to the Court's approval:

20   1.    Plaintiff's deadline to file a reply in support of class certification and an opposition

21   to Defendant's motion to strike shall be extended from October 6, 2021 to November 19, 2021.

22   2.    Defendant's reply in support of its motion to exclude shall be extended from

23   October 22, 2021 to December 9, 2021.

24   3.    The hearing on Plaintiff's motion for class certification and Defendant's motion to

25   strike shall be extended from October 29, 2021 to December 17, 2021.

26   4.    The deadline to complete fact discovery shall be extended from November 21, 2021

27   to 30 days after the Court rules on Plaintiff's motion for class certification.

28

5.      The deadline to make initial expert disclosures shall be extended from January 10, 2022 to February 14, 2022.

6.      The deadline to make rebuttal expert disclosures shall be extended from February 7, 2022 to March 14, 2022.

7.      The deadline to complete all expert discovery shall be extended from February 28, 2022 to April 4, 2022.

8.      The deadline for hearing dispositive motions shall be extended from March 25, 2022 to May 2, 2022.

IT IS SO STIPULATED.

Dated:  September 20, 2021          **BURSOR & FISHER, P.A.**

By: /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
              jsmith@bursor.com

*Attorneys for Plaintiff*

Dated:  September 20, 2021          **GORDON & REES SCULLY MANSUKHANI LLP**

By: /s/ James Nally

Gregg Minkin (*Pro Hac Vice Forthcoming*)
gminkin@grsm.com
James Nally (Admitted *Pro Hac Vice*)
jnally@grsm.com
One Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
Facsimile: (212) 269-5505

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@HuntonAK.com
Alexandrea H. Young (State Bar No. 233950)
ayoung@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Attorneys for Defendant*
*ELECTROLUX HOME PRODUCTS, INC.*

# ORDER

Having reviewed the parties' stipulation and good cause appearing, IT IS ORDERED:

1.      Plaintiff's deadline to file a reply in support of class certification and an opposition to Defendant's motion to strike shall be extended from October 6, 2021 to November 19, 2021.

2.      Defendant's reply in support of its motion to exclude shall be extended from October 22, 2021 to December 9, 2021.

3.      The hearing on Plaintiff's motion for class certification and Defendant's motion to strike shall be extended from October 29, 2021 to December 17, 2021.

4.      The deadline to complete fact discovery shall be extended from November 21, 2021 to 30 days after the Court rules on Plaintiff's motion for class certification.

5.      The deadline to make initial expert disclosures shall be extended from January 10, 2022 to February 14, 2022.

6.      The deadline to make rebuttal expert disclosures shall be extended from February 7, 2022 to March 14, 2022.

7.      The deadline to complete all expert discovery shall be extended from February 28, 2022 to April 4, 2022.

8.      The deadline for hearing dispositive motions shall be extended from March 25, 2022 to May 13, 2022.

**IT IS SO ORDERED.**

DATED:  September 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE